**DISMISS and Opinion Filed May 9, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-01082-CV

**KYLE RUSSELL, Appellant**
**V.**
**AMLI CAMPION TRIAL, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-21-04440-E**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Goldstein
Opinion by Chief Justice Burns

The clerk's record in this case has not been filed. By letter dated March 29, 2022, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide, within ten days, verification that he (1) had either paid for or made arrangements to pay for the record, or (2) is entitled to proceed without payment of costs. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. To date, appellant has not provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).


/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

211082F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
### JUDGMENT

KYLE RUSSELL, Appellant

No. 05-21-01082-CV      V.

AMLI CAMPION TRIAL, Appellee

On Appeal from the County Court at Law No. 5, Dallas County, Texas
Trial Court Cause No. CC-21-04440-E.
Opinion delivered by Chief Justice Burns. Justices Molberg and Goldstein participating.

    In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered May 9, 2022